IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA COMMUNITY SUPPORT AND SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-02700-MHC |

## **ORDER**

Having considered the *Consent Motion for Extension of Time for Plaintiff to Respond to Motions to Dismiss* and having found good cause for the requested extension, the Court hereby GRANTS that motion for extension and ORDERS that the time within which Plaintiff has to file and serve its response to the *Motion to Dismiss* [Doc. 17] filed by Defendant Georgia Community Support and Solutions, Inc., and the *Motion to Dismiss of Defendants Garmai Kennedy and Roger Kirschenbaum* [Doc. 18] is extended through and including October 10, 2022.

IT IS SO ORDERED, this 20th day of September, 2022.

_____
MARK H. COHEN
United States District Judge